UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RADIOLOGY PARTNERS MATRIX,
PLLC,

        Plaintiff,

v.                                              Case No.: 3:24-cv-26-WWB-SJH

KIERNAN MORROW,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 18). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 26), in which he recommends that the Motion be granted in part.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 18) is **GRANTED in part** as set forth herein and **DENIED without prejudice** in all other respects.

3. The Clerk is directed to enter judgment in favor of Plaintiff, and against Defendant, for breach of contract, in the amount of $144,468.00. Thereafter, the Clerk is directed to close this case.

4. Plaintiff's claims for conversion and unjust enrichment are **DISMISSED as moot**.

5. The Court retains jurisdiction to determine the question of attorney's fees and costs.  Any motion with respect thereto shall be made in accordance with Local Rule 7.01.

**DONE AND ORDERED** in Jacksonville, Florida on December 2, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2