**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RADIOLOGY PARTNERS MATRIX,
PLLC,

        Plaintiff,

v.                                          Case No.: 3:24-cv-26-WWB-SJH

KIERNAN MORROW,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Entitlement to Attorney's Fees (Doc. 30). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 31), in which he recommends that the Motion be denied.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entitlement to Attorney's Fees (Doc. 30) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida on February 27, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record